UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 26 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 15CR1694-BTM |
| v. | |
| JOSE GUADALUPE JARA DENA (1), | **JUDGMENT AND ORDER ON UNITED STATES' MOTION TO DISMISS THE INFORMATION** |
| Defendant. | |

Having considered the United States' Motion to Dismiss the Information against defendant Jose Guadalupe Jara Dena in this case pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States leave of court to dismiss. Accordingly, the Information against Jose Guadalupe Jara Dena is hereby dismissed pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

DATED:   August 26, 2015

_____
HONORABLE BARRY TED MOSKOWITZ
CHIEF JUDGE

1